IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:     Chapter 13

Delores Wright,     Case No.  13-16423

Debtor(s).

**RESPONSE TO TRUSTEE'S NOTICE OF**
**FINAL CURE PAYMENT**

NOW COMES JPMorgan Chase Bank, National Association (hereinafter referred to as "Creditor") by and through its attorneys, Burke, Warren, MacKay & Serritella, P.C., and for its Response to Trustee's Notice of Final Cure Payment, states as follows:

1. The Debtor's Modified Chapter 13 Plan was filed on June 18, 2013. Said Plan was confirmed on June 20, 2013, and set-forth a pre-petition arrearage in the amount of $5,000.00 owed to Chase.

2. On or about August 2, 2013, Creditor filed its Proof of Claim as to Claim Number 6 listing $6,712.32 as the pre-petition arrearage.

3. On or about November 26, 2014, the Trustee moved to dismiss for Debtor's failure to make plan payments.  The Court granted the motion to dismiss and the case was dismissed on December 11, 2014.

4. The Trustee filed a Notice of Final Cure Mortgage Payment on January 7, 2015.

5. Creditor objects to the Notice of Final Cure as improperly issued, filed, and served pursuant to FRBP 3002.1(f) because the case was previously dismissed for Debtor's failure to make plan payments.

6. Creditor agrees the allowed Claim of $5,000.00 has been paid in full. The Debtor's post-petition payments to Creditor were to be paid by the Debtor "outside" the plan.

7. The Debtor is currently due for her November 1, 2013, post-petition payment in the amount of $497.24 and all succeeding payments.

8. Thus, the Debtor is currently due for $7,458.60. The breakdown is as follows: $497.24 – 15 post-petition payments in the amount of $497.24 for the months of November 2013 through January 2015.

9. If no challenge to foregoing is made by motion filed with the Court and served on the undersigned and the trustee within twenty-one days of this notice, JPMorgan Chase Bank, National Association's rights to collect these amounts will remain unaffected.

WHEREFORE, JPMorgan Chase Bank, National Association prays that the Court declare that the Debtor is not current at this time.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

By:   /s/ Edward J. Lesniak
     Edward J. Lesniak,
     One of Its Attorneys

Edward J. Lesniak (# 1624261)
Sara Youn Choh (# 6298797)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
Tel:  (312) 840-7000
Fax: (312) 840-7900

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Delores Wright, | Case No. 13-16423 |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I served a copy of the Response to Trustee's Notice of Final Cure Payment filed on January 28, 2015, upon the parties listed below, as to the Trustee and Debtor's attorneys via electronic notice on January 28, 2015, and as to the Debtor by depositing same in the U.S. Mail before 5:00 p.m. on January 28, 2015 with proper postage prepaid.

**Service by Mail:**
Delores Wright
9236 South Ellis Ave.
Chicago, IL 60619

**Service by Electronic Notice through ECF:**
Patrick Semrad
Aaron M. Weinberg
Robert J. Semrad & Associates, LLC
20 S. Clark St., 28th Floor
Chicago, IL 60603

Marilyn O. Marshall
Chapter 13 Trustee
224 South Michigan, Ste. 800
Chicago, IL 60604

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

                                      By:  /s/ Edward J. Lesniak
                                          Edward J. Lesniak
                                          Burke, Warren, MacKay & Serritella, P.C.
                                          One of its attorneys

Edward J. Lesniak (# 1624261)
Sara Youn Choh (# 6298797)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 21st Floor

Chicago, IL 60611-3607
Tel: (312) 840-7000
Fax: (312) 840-7900